1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHNNY RODRIGUEZ,

11              Petitioner,                       No. CIV S-08-1217 GEB KJM P

12         vs.

13    T. FELKER,

14              Respondent.              FINDINGS AND RECOMMENDATIONS

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has also filed an application for leave to

18    file a second or successive § 2254 petition with the Ninth Circuit Court of Appeals concerning

19    the habeas petition filed in this action.  See Docket Entry #3.  Because it does not appear the

20    Ninth Circuit has ruled on petitioner's request, the court will recommend that this action be

21    dismissed without prejudice to refiling after the Ninth Circuit does so.

22              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23    without prejudice to refiling after the Ninth Circuit Court of Appeals rules on petitioner's March

24    17, 2008 request for leave to file a second or successive § 2254 petition.

25              These findings and recommendations are submitted to the United States District

26    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1   days after being served with these findings and recommendations, any party may file written

2   objections with the court and serve a copy on all parties.  Such a document should be captioned

3   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

4   shall be served and filed within ten days after service of the objections.  The parties are advised

5   that failure to file objections within the specified time may waive the right to appeal the District

6   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7   DATED:  June 16, 2008.

8                                                                U.S. MAGISTRATE JUDGE

9

10   1/mp
     rodr1217.suc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26